# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1783. SUZIE ELIE v. THE STATE.**

On December 18, 2019, the trial court entered an order denying Suzie Elie's motions for out-of-time appeal and for appointment of counsel. Elie filed a notice of appeal, which was entered on January 21, 2020. The State has moved to dismiss the appeal.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Because Elie filed the notice of appeal 34 days after entry of the trial court's order, we lack jurisdiction to consider the appeal. See *Ebeling v. State*, No. A20A1437, 2020 WL 3069794 (Ga. App., June 10, 2020). Accordingly, the State's motion to dismiss is hereby GRANTED and the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/20/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*